# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**BOSTON LEON JOHNSON**                                              **PLAINTIFF**

**V.**                                                           **NO. 4:18-CV-41-DMB-JMV**

**MERITOR, INC., et al.**                                        **DEFENDANTS**

## ORDER

On May 17, 2019, Meritor, Inc., Rockwell Automation, Inc., and The Boeing Company (collectively, "Meritor Defendants") filed a joint motion to dismiss "with prejudice all of Plaintiff's claims that have been asserted in this action, or that could have been asserted in this action, against [the Meritor Defendants] only." Doc. #73. It appears all claims asserted against all defendants have been dismissed by stipulation. *See* Doc. #81. Accordingly, the motion to dismiss [73] is **DENIED as moot**. This case is **CLOSED**.

**SO ORDERED**, this 2nd day of December, 2019.

                                                                     **/s/Debra M. Brown**
                                                                     **UNITED STATES DISTRICT JUDGE**